## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR71** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SANTOS PENA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to strike Filing No. 144

(Filing No. 147).

IT IS ORDERED:

1.    The government's motion to strike Filing No. 144 (Filing No. 147) is granted;

and

2.    Filing No. 144 is deemed stricken.

DATED this 16th day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge